**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AFEEZ A.O.,

                    Petitioner,

v.

ICE ERO ST. PAUL FIELD OFFICE
DIRECTOR,

U.S. IMMIGRATON AND CUSTOMS
ENFORCEMENT, and

DEPARTMENT OF HOMELAND SECURITY,

                    Respondents.

Civil No. 26-1925 (JRT/LIB)

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION**

---

Afeez A.O., A# 291-700-378, Alexandria Staging Facility, 96 George Thompson Road, Alexandria, LA 71303, *pro se* Petitioner.

David W. Fuller, David R. Hackworthy, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondents.

On March 18, 2026, Petitioner Afeez A.O. filed a Petition for Writ of Habeas Corpus. (Pet. Writ Habeas Corpus, Docket No. 1.)  On April 20, 2026, Magistrate Judge Leo I. Brisbois issued a Report and Recommendation (R&R) recommending that the Petition be denied.  (R&R, Docket No. 4.)  Petitioner did not object to the R&R.  Therefore, the Court will adopt the Report and Recommendation, and dismiss the Petition.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Docket No. [4]) is

   **ADOPTED**;

2. Petitioner Afeez A.O.'s Petition for Writ of Habeas Corpus (Docket No. [1]) is

   **DENIED**; and

3. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED:  May 29, 2026                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                       JOHN R. TUNHEIM
                                        United States District Judge