# UNITED STATES DISTRICT COURT
## District of Minnesota

Afeez Adebisi Ogundero,

Petitioner(s),

v.

ICE ERO St. Paul Field Office Director, U.S. Immigration and Customs Enforcement, Department of Homeland Security,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1925 JRT/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Report and Recommendation of the Magistrate Judge 4 is **ADOPTED;** Petitioner Afeez A.O.'s Petition for Writ of Habeas Corpus 1 is **DENIED;** and this matter is **DISMISSED** without prejudice.

Date: 6/1/2026

KATE M. FOGARTY, CLERK